UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-216-MSS-LSG

LEIGH TESAR
WALTER PRESHA, JR.
KOBY EVANS

# *JOINT* STATUS REPORT

The United States of America and Defendants Leigh Tesar ("Defendant Tesar"); Walter Presha, Jr. ("Defendant Presha"); and Koby Evans ("Defendant Evans") file the following *Joint Status Report* pursuant to this Court's *Pretrial Discovery Order and Notice of Trial and Status Conference* ("Pretrial Discovery Order"), Doc. 32, and Fed. R. Crim. P. 17.1.

1. **Brief summary of the case's status:**

On June 17, 2026, a grand jury returned a ten-count indictment against the Defendants. Doc. 1. The specific charges are as follows:

- The indictment charges Defendant Tesar with five counts of health care fraud, in violation of 18 U.S.C. §§ 1347 and 2; conspiracy to defraud the United States and to offer, pay, solicit, and receive kickbacks, in violation of 18 U.S.C. § 371; and two substantive

counts of offering and paying kickbacks, in violation of 42 U.S.C. §§ 1320a-7b(b)(2)(A) and 2;

- The indictment charges Defendant Presha with conspiracy to defraud the United States and to offer, pay, solicit, and receive kickbacks, in violation of 18 U.S.C. § 371; and one substantive count of soliciting and receiving kickbacks, in violation of 42 U.S.C. §§ 1320a-7b(b)(1)(A) and 2; and
- The indictment charges Defendant Evans with conspiracy to defraud the United States and to offer, pay, solicit, and receive kickbacks, in violation of 18 U.S.C. § 371; and one substantive count of soliciting and receiving kickbacks, in violation of 42 U.S.C. §§ 1320a-7b(b)(1)(A) and 2.

Doc. 1.

On June 18, 2026, the Defendants made their initial appearances. Doc. 21. The Defendants were arraigned and released on bond. Docs. 21, 44. A Pretrial Discovery Order was entered on June 23, 2026. Doc. 32.

So far, the Government has made four productions to the Defendants containing a total of approximately 2,234,023 pages of materials. As noted in the previous status reports, the Government seized numerous electronic devices during the course of its investigation, and it is in the process of scoping those devices. The scoping process is still underway. The Government is producing the contents of the

seized devices on a rolling basis as it completes the scoping process. The devices contained a combined total of approximately 9.3 million documents before the scoping process began. The Government has reviewed approximately 6.3 million of those documents. The Government's latest production contains one of the scoped devices, and additional productions are forthcoming.

This case is presently scheduled for trial on the January 2027 Trial Term.

2. **Possibility of a plea agreement as to each Defendant:**

The likelihood of a plea agreement with any of the Defendants is unknown at this juncture. The parties are in communication.

3. **Number of days required for trial:**

United States Case-in-Chief: 10 trial days

Defense Case: Unknown

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

None. The Defendants have waived their rights to speedy trial through January 31, 2027. Docs. 42, 47, 58.

* * *

The United States has consulted with counsel for the Defendants herein and included the substance of their positions.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

By: *_/s/ Owen Dunn_*
Christopher Wenger
Florida Bar No. A5502741
Owen Dunn
Florida Bar No. A5503217
Trial Attorneys
U.S. Department of Justice
(202) 993-4824
ralf.owen.dunn@usdoj.gov
(202) 445-9670
Christopher.Wenger@usdoj.gov

**U.S. v. Leigh Tesar, *et al.*** **Case No. 8:26-cr-216-MSS-LSG**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joshua Lowther, Esq.
Mark Rankin, Esq.
Alexandra McCormack Esq.
David Little, Esq.

*/s/Owen Dunn*
Owen Dunn
Trial Attorney